Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−17791−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Cooney
   305 Greenbrook Road
   North Plainfield, NJ 07060

Social Security No.:
   xxx−xx−0478

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/17/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 17, 2017
JAN: wir

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-17791-MBK
James Cooney                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Oct 17, 2017
                              Form ID: 148             Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db             +James Cooney,    305 Greenbrook Road,    North Plainfield, NJ 07060-3959
aty            +Milstead & Associates LLC,   1 E. Stow Road,    Marlton, NJ 08053-3118
lm              Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
516772293      +Equifax Credit Information Services,    P O Box 740241,    Atlanta, GA 30374-0241
516772294      +Experian,    P O Box 2002,   Allen, TX 75013-2002
516772295       Milstead & Associates LLC,    E. Stow Road,    Marlton, NJ 08053
516772296      +Select Portfolio Servicing, Inc.,    Attn: Bankruptcy Dept.,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
516772297      +TransUnion,    P O Box 2000,   Chester, PA 19022-2000
517054952       U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2017 22:36:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2017 22:36:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: jennifer.chacon@spservicing.com Oct 17 2017 22:37:00
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
516772296      +E-mail/Text: jennifer.chacon@spservicing.com Oct 17 2017 22:37:00
                 Select Portfolio Servicing, Inc.,    Attn: Bankruptcy Dept.,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
517054952       E-mail/Text: jennifer.chacon@spservicing.com Oct 17 2017 22:37:00
                 U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
516899529      +EDI: AIS.COM Oct 17 2017 22:13:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
               for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
               Certificates, Series 2007-FF2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
               for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
               Certificates, Series 2007-FF2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Dorothy L. Wright    on behalf of Debtor James  Cooney bknoticesdlw@smgpc.com,
               dorothy.wright@smgpc.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```