| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |

**Order Filed on October 17, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**

In re:


James Cooney

Case No.: 17-17791 / MBK

Chapter: 13

Hearing Date: October 10, 2017

Judge:  Michael B. Kaplan

### CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: October 17, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to file a feasible plan, income and/or budget statement
- failure to file a Modified Plan
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

The Chapter 13 Standing Trustee may pay the balance of the standard attorney fees to the debtor's counsel in the amount of $940.00 from available funds on hand received prior to dismissal.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-17791-MBK
James Cooney                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: Oct 17, 2017
                              Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db           +James Cooney,   305 Greenbrook Road,   North Plainfield, NJ 07060-3959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
          Albert   Russo   docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
           for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
           Certificates, Series 2007-FF2 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
           for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
           Certificates, Series 2007-FF2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Dorothy L. Wright    on behalf of Debtor James   Cooney bknoticesdlw@smgpc.com,
           dorothy.wright@smgpc.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                TOTAL: 5